UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DISH NETWORK L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C., and
NAGRASTAR LLC,

        Plaintiffs,

                   ORDER
v.                 11-CV-500A

WILLIAM SCOTT,

        Defendant.

---

    The above-referenced case was referred to Magistrate Judge Leslie g. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On September 26, 2013, Magistrate Judge Scott filed a Report and Recommendation, recommending that plaintiffs' motion for a default judgment be granted, statutory damages be awarded of $10,000, costs of $667.52 and attorneys fees of $8,845.20, and a permanent injunction be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, plaintiffs' motion for a default judgment is granted, plaintiff is awarded statutory damages of $10,000, costs of $667.52 and attorneys fees of $8,845.20, and a permanent injunction is granted.

    The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

            *s/ Richard J. Arcara*
            HONORABLE RICHARD J. ARCARA
            UNITED STATES DISTRICT JUDGE

DATED: October 15, 2013